## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK - (BROOKLYN)

| | |
|---|---|
| YAAKOV Y. GROSS,<br>      Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC,<br>      Defendant. | CASE NO.  1:21-cv-01329<br><br>**TRANS UNION, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Trans Union, LLC ("Trans Union"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union, LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by Trans Union.  Trans Union is a publicly-traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of Trans Union's stock.

Date: March 12, 2021

Respectfully submitted,

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.  (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN, 46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **12th day of March, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

|  |  |
|---|---|
| None. |  |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or e-mail, on the **12th day of March, 2021**, properly addressed as follows:

| | |
|---|---|
| **for Plaintiff Yaakov Y. Gross**<br>Daniel Zemel, Esq.<br>Zemel Law, LLC<br>680 Central Avenue, Suite 105<br>Cedarhurst, NY, 11516<br>dz@zemellawllc.com | |

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.  (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN, 46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*