UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAAKOV Y. GROSS,<br><br>      Plaintiff,<br><br>v.<br><br><br>TRANSUNION, LLC<br><br>      Defendants, | Case No.:  1:21-cv-01329<br><br><br><br>**NOTICE OF APPEARANCE** |

    DANIEL ZEMEL, ESQ. of ZEMEL LAW, LLC hereby files this Notice of Appearance as counsel on behalf of Plaintiff, YAAKOV Y. GROSS.

    All parties are requested to forward copies of pleadings and pertinent forms and correspondence to Daniel Zemel.

Dated this 18th day of March, 2021.

                            Respectfully Submitted,

                            /s/ *Daniel Zemel*
                            Daniel Zemel, Esq.
                            ZEMEL LAW, LLC
                            660 Broadway
                            Patterson, New Jersey 07514
                            T: (862) 227-3106
                            F: (973) 282-8603
                            dz@zemellawllc.com
                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2021, a true and correct copy of the foregoing document was sent to all counsel of record in the present action via the Court's ECF filing system.

/s/ *Daniel Zemel*
Daniel Zemel, Esq.