

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE  317.363.2400  |  FAX 317.363.2257  |  schuckitLAW.com

March 18, 2021

**VIA ECF ONLY**

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> ***RE:*** ***Yaakov Y. Gross v. Trans Union, LLC***
> U.S. District Court, Eastern District of New York
> Case No. 1:21-cv-01329-DG-LB

Dear Judge Gujarati:

We are lead counsel for Defendant Trans Union, LLC ("Trans Union") in the above-referenced matter and respectfully write to request an extension of time to answer or otherwise respond to Plaintiff's Complaint from the original deadline of March 19, 2021 to **April 9, 2021**.

Trans Union is making this request because Trans Union requires additional time to investigate the factual allegations in the Complaint to respond appropriately.  This is Trans Union's first request for an extension and does not affect any other scheduled dates.  Additionally, Plaintiff's counsel has consented to this request.

Respectfully,

SCHUCKIT & ASSOCIATES, P.C.

*/s/ Camille R. Nicodemus*

*Counsel for Defendant Trans Union, LLC*

CRN/
cc:      All counsel of record (via ECF)